**James E. BROWN, Defendant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

No. 65990.

Missouri Court of Appeals,
Eastern District, Division One.

Feb. 21, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 3, 1995.

Application to Transfer Denied
May 30, 1995.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial, after an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth

the reasons for this order affirming the judgment pursuant to Rule 84.16(b).